

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 6, 2020

**By ECF**
The Honorable William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

  The Government writes in advance of the initial conference and arraignment in the above-referenced case, which has been scheduled for January 22, 2020.  On or about December 19, 2019, the defendant was arrested and presented before the Honorable Kevin N. Fox, United States Magistrate Judge, and he was detained.  On December 30, 2019, a Grand Jury in this District returned a four-Count Indictment against the defendant.

  In advance of the upcoming initial conference and arraignment, the Government writes to respectfully request that the time between today and January 22, 2020, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties time to (1) produce and review discovery, and (2) continue to engage in discussions regarding a potential pretrial resolution of this matter.  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  Defense counsel consents to this request.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney for the
            Southern District of New York

Application granted.  Time excluded to ensure the effective assistance of counsel and prevents any miscarriage of justice.  Additionally, this Court find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

By:   /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

January 6, 2020