

Law Office of Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, NY 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

April 1, 2020

By ECF
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

    This matter is scheduled for conference on April 8, 2020 at 3:00 p.m. Due to the COVID-19 crisis, legal visits at MDC have been suspended. In addition, my requests for legal calls with Mr. Estaphan have not been scheduled. Therefore, I have been unable to discuss the Government's plea agreement with Mr. Estaphan. The Government has agreed to extend the deadline for Mr. Estaphan to consider the plea agreement until such time as I am able to discuss it with him.

    The parties agree in requesting an adjournment of this matter to May 21, 2020 at 2:00 p.m. Mr. Estaphan waives his appearance on April 8, 2020, including by telephone or video conference. In addition, Mr. Estaphan consents to the exclusion of time through May 21, 2020.

Application granted. Conference adjourned to May 21, 2020 at 2:00 p.m. Time excluded in the interest of justice.
SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.
April 1, 2020

Respectfully,

/s/ Lawrence P. Oh
Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, New York 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

c: AUSA Kaylan E. Lasky