UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

       -against-                                                :       19 Cr. 938 (WHP)

Julian Estephan,                                              :       <u>ORDER</u>
                             Defendant.      :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Thursday, May 7, 2020 at 3:00 p.m. regarding defendant's application for bail. The dial-in number is 888-363-4749, passcode 3070580.

Dated: New York, New York
       May 4, 2020

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.