*Law Office of Lawrence P. Oh, Esq.*
*62 Cooper Square, Second Floor*
*New York, NY 10003*
*Phone (646) 682-7000*
*Mobile (347) 404-8473*
*lpchauchat@gmail.com*

May 19, 2020

> Application granted.  Conference adjourned to July 15, 2020 at 11:00 a.m.  Time excluded until July 15, 2020 in the interests of justice.
>
> SO ORDERED:
>
> /s/ William H. Pauley III
> WILLIAM H. PAULEY III
> U.S.D.J.
> May 19, 2020

By ECF
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

This matter is scheduled for conference on May 21, 2020 at 2:00 p.m.  I am requesting an adjournment to late June or early July for Mr. Estaphan to enter a guilty plea to attempted Hobbs Act robbery.  I have spoken with Ms. Lasky, and the Government consents to this request.  Mr. Estaphan consents to the exclusion of time.  I understand that the Court can schedule this matter for the week of July 13.  I am available that week.

Respectfully,

/s/ Lawrence P. Oh
Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, New York 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

By email
c:  AUSA Kaylan E. Lasky