**MEMO ENDORSED**

*Law Office of Lawrence P. Oh, Esq.*
*62 Cooper Square, Second Floor*
*New York, NY 10003*
*Phone (646) 682-7000*
*Mobile (347) 404-8473*
*lpchauchat@gmail.com*

August 12, 2020

By ECF
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

This matter is scheduled for a change of plea on August 26, 2020 at 11:00 a.m.  I am requesting an adjournment to late September or early October so that Mr. Estaphan may appear, in person, before your Honor to plead guilty and accept responsibility.  I have spoken with Ms. Lasky, and the Government consents to this request.  Mr. Estaphan consents to the exclusion of time.

Application granted.  Conference adjourned to October 14, 2020 at 10:00 a.m.  Time excluded in the interest of justice until October 14, 2020.

Respectfully,

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

August 13, 2020

_____/s/ Lawrence P. Oh\_\_\_\_\_
Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, New York 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

c:  AUSA Kaylan E. Lasky