*Law Office of Lawrence P. Oh, Esq.*
*62 Cooper Square, Second Floor*
*New York, NY 10003*
*Phone (646) 682-7000*
*Mobile (347) 404-8473*
*lpchauchat@gmail.com*

October 2, 2020

<u>By ECF</u>
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

This matter is scheduled for a change of plea on October 14, 2020 at 10:00 a.m. I am requesting an adjournment to November 12, 2020 at 9 a.m, for Mr. Estaphan to plead guilty. The Government consents to this request. Mr. Estaphan consents to the exclusion of time.

Application granted. Conference adjourned to November 12, 2020 at 9:00 a.m. Time excluded until November 12, 2020 in the interests of justice.

Respectfully,

/s/ Lawrence P. Oh
Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, New York 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

October 2, 2020

c: AUSA Kaylan E. Lasky