*Law Office of Lawrence P. Oh, Esq.*
*62 Cooper Square, Second Floor*
*New York, NY 10003*
*Phone (646) 682-7000*
*Mobile (347) 404-8473*
*lpchauchat@gmail.com*

November 10, 2020

By ECF
Honorable William H. Pauley III
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States v. Julian Estaphan*, 19 Cr. 938 (WHP)

Dear Judge Pauley:

This matter is scheduled for a change of plea on November 12, 2020 at 9:00 a.m.  I am requesting an adjournment to January 26, 2021 at 9:00 a.m, for Mr. Estaphan to plead guilty.  The Government consents to this request.  Mr. Estaphan consents to the exclusion of time.

Application granted.  Change of plea conference adjourned to January 26, 2021 at 9:00 a.m.  Time excluded until January 26, 2021 in the interest of justice.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

November 10, 2020

Respectfully,

/s/ Lawrence P. Oh
Lawrence P. Oh, Esq.
62 Cooper Square, Second Floor
New York, New York 10003
Phone (646) 682-7000
Mobile (347) 404-8473
lpchauchat@gmail.com

c:  AUSA Kaylan E. Lasky