UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,                       :

      -against-                                              :          19 Cr. 938 (WHP)

JULIAN ESTAPHAN,                                    :          ORDER
                              Defendant.           :
-----------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

      This Court will hold change of plea conference on Thursday, March 4, 2021 at 11:00 a.m. The public access dial-in number is 855-268-7844, passcode 67812309 and PIN 9921299.

Dated: March 2, 2021
       New York, New York

                                            SO ORDERED:

                                            _____
                                            WILLIAM H. PAULEY III
                                                 U.S.D.J.